AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **26mj2262** |
| Rashaan McMillan<br>Year of Birth: 1995 | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 13, 2026 _____ in the county of _____ San Juan _____ in the
_____ District of _____ New Mexico _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. §§ 1153 and 81 | Arson |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_Claire Chadwick_
_____
_Complainant's signature_

Claire Chadwick, FBI Special Agent
_____
_Printed name and title_

Electronically Submitted and Telephonically Sworn.

Date:   05/14/2026

_John F. Robbenhaar_
_____
_Judge's signature_

City and state:   Albuquerque, NM

John F. Robbenhaar, U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Claire Chadwick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI since 2022. I am an investigator and law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses against federal law. I am assigned to the FBI Farmington Resident Agency (RA), Albuquerque Division, where my duties include investigating violations of federal law, including crimes that occur in Indian Country.

2.      I have received training and gained experience in the investigation and enforcement of major crimes including murder and assaults. Additionally, I have received training and experience in interview techniques, arrest procedures, search warrant applications, and the execution of searches and seizures.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Because this affidavit is submitted for the limited purpose of securing a Criminal Complaint, I have not included every fact known to me concerning the investigation. I have set forth only those facts that I believe are necessary to establish that probable cause to support a criminal complaint as explained below.

4.	This affidavit is being submitted in support of a criminal complaint charging Rashaan McMillan (**McMILLAN**) (YOB 1995) with Arson in violation of 18 U.S.C. §§ 1153 and 81.

**PROBABLE CAUSE**

5.	On May 13, 2026, at approximately 9:32 a.m., Navajo Police Officer Jefferey Simms (Officer Simms) was dispatched to a residential house fire located 3.1 miles west of Navajo Route 19 and 0.4 miles south of Route 19. The Global Positioning System (GPS) coordinates for the home were (36.303609, -108.758153), which is located within the exterior boundaries of the Navajo Nation Indian Reservation in the state of New Mexico. Navajo Nation Fire Department was on scene. Officer Simms observed the residence with flames protruding from the inside, and the home was partially burned down. Officer Simms also observed a nearby shed caught on fire due to the fire spreading from the main house.

6.	On May 13, 2026, Navajo Nation Department of Criminal Investigations (NNDCI) Criminal Investigator (CI) Jerrick Curley notified the FBI that **McMILLAN** allegedly set his grandmother's house on fire. CI Curley notified the FBI that six occupants lived at the residence.

7.	A resident of the house, hereinafter referred to as J.C., was in the home at the time of the fire. Around 9:11 a.m., J.C. awakened and smelled smoke. Upon opening the door, J.C. could not see through the black smoke, and J.C. had to escape the fire through a bedroom window. J.C. and **McMILLAN** were the only ones at home at the time of the fire. **McMILLAN** had walked away from the residence after the fire began. When

2

McMILLAN returned, **McMILLAN** kept saying "sorry," "I did it," and "it's my fault" to J.C. Several of the family members' pets died in the house fire.

8. Another occupant of the house, hereinafter known as T.B., told the FBI that **McMILLAN** confessed the arson to his aunt. **McMILLAN** is T.B.'s cousin. **McMILLAN**'s aunt, hereinafter referred to as P.M., told T.B. that **McMILLAN** was apologizing to P.M., said sorry, and that he burned it down. T.B. explained that when T.B. left the house around 8:30 am, only J.C. and **McMILLAN** were home. When T.B. found out about the fire, she returned home. J.C. was crying and upset that he could not save the animals. J.C. told T.B. he had to crawl out the window. T.B. explained that **McMILLAN** has recently been drinking hand sanitizer. When T.B. and her siblings were younger, **McMILLAN** was mean to them, and he would hit and strangle them. **McMILLAN** was in high school when he strangled T.B. and her siblings. Around a week ago, **McMILLAN** locked their grandma out of the house, and he was yelling and hitting T.B.'s door. T.B. felt like **McMILLAN** was going to hurt her, and T.B. had to lock herself in her room. She debated calling the cops and crawling out the window.

9. Further, when Officer Simms spoke to **McMILLAN**, **McMILLAN** said, "yeah I did it." When Officer Simms asked **McMILLAN** what he did, **McMILLAN** said he burned the house down. **McMILLAN** said he lined up two couches and used a match to light the couches. **McMILLAN** explained the voices said it was the only way for his mom and dad to be forgiven for "the triple murder." **McMILLAN** said he had not taken any alcohol or drugs, nor was he diagnosed with a mental illness. **McMILLAN** was then detained and arrested for Arson against a Family Member by Navajo Police Officer Simms.

3

10. Officer Simms contacted Lieutenant Angelo Notsinneh with Navajo Nation Newcomb Fire Department, and Lieutenant Notsinneh confirmed that two couches were stacked together in the home, aligning with the statements made by **McMILLAN**. In addition, a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent - Certified Fire Investigator (CFI) responded to the scene and will complete a report on the fire.

## JURISDICTIONAL STATEMENT

11. Based on the above information, I submit that there is probable cause to believe **McMILLAN**, who is an enrolled member of the Navajo Nation Indian Tribe, did intentionally set fire to his grandmother's house in violation of 18 U.S.C. §§ 1153 and 81, and that the Arson occurred within the boundaries of the Navajo Nation Indian Reservation.

## CONCLUSION

12. Based on the above information, I submit that there is probable cause to believe that **McMILLAN** violated federal law by deliberately setting fire to his grandmother's home. Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant for **McMILLAN**.

13. This complaint was reviewed and approved by Supervisory Assistant United States Attorney (AUSA) Jack Burkhead.

*Claire Chadwick*
Claire Chadwick
Special Agent
Federal Bureau of Investigation

4

Sworn to before me by telephone or other reliable electronic means
on 14 May 2026

_____
John Robbenhaar
United States Magistrate Judge